LEON J. PAGE, COUNTY COUNSEL
JACK W. GOLDEN, Sr. Assistant (CA SBN 92658)
jack.golden@coco.ocgov.com
MARIANNE VAN RIPER, Sr. Assistant (CA SBN 136688)
marianne.vanriper@coco.ocgov.com
LAURA D. KNAPP Sup. Deputy (CA SBN 162800)
Laura.knapp@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California 92701
Telephone: (714) 834-6020
Facsimile: (714) 834-2359

Attorneys for Defendants, County of Orange,

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION – SANTA ANA**

TAMMY SHULER, GLORIA SHOEMAKE, MELANIE PAYNE, SARA LEANNE WEAVER, NICK MASTRISCIANO, as individuals, FOR HIM MINISTRIES, an unincorporated association;

Plaintiff,

v.

ORANGE COUNTY

Defendants.

Case No. 8:17-cv-00259 DOC (KESx)

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING PRELIMINARY INJUNCTION AND EXTENSION OF TIME FOR COUNTY TO FILE RESPONSIVE PLEADING** [28]

**DATE:** **March 6, 2017**
**TIME:** **1:30 P.M.**
**CTRM:** **The Honorable David O. Carter**

Defendants, County of Orange ("County") and Plaintiffs Tammy Schuler, Gloria Shoemake, Melanie Payne, Sara Leanne Weaver, Nick Mastrisciano and For Him Ministries ("Plaintiffs"), through their respective counsel of record, hereby enter the following Stipulation.

WHEREAS, on February 13, 2017, Plaintiffs filed a Complaint, *Schuler, et al. v. County of Orange, et al.*, United States District Court Case No. 8:17-cv-00259 DOC (KESx) against the County alleging claims for relief for Violation of the Fourth Amendment (right to be secure from unreasonable seizures), Violation of Due Process of Law, Violation of Civil Rights, Violation of the American With Disabilities Act, Violation of Section 504 of the Rehabilitation Act of 1973

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

(disability discrimination under a program or activity receiving federal financial assistance), Violation of California Government Codes section 11135 (disability discrimination under program or activity that is funded by or receives financial assistance from the state), Violation of the Unruh Civil Rights Act (disability discrimination by a business establishment), Violation of California Civil Code section 2080 *et seq*. (failure to preserve and protect personal property) and Injunctive relief.

WHEREAS, subsequently, on February 21, 2017, Plaintiff filed an Ex Parte Application for Temporary Restraining Order ("Application for TRO") requesting that the County employees, be prohibited from doing any of the following:

(1) Seizing property in the Santa Ana river bed absent an objectively reasonable belief that it is abandoned, presents an immediate threat to public health or safety, or is evidence of a crime, or contraband;

(2) Absent an immediate threat to public health or safety, destruction of said seized property without maintaining it in a secure location for a period of less than 90 days;

(3) Essential items including tents, tarp, blanket, sleeping bags, identification and medical papers must be stored within a fifteen minute walk of the place where it is taken, and available for retrieval by its rightful owner during regular business hours on a daily basis without prior appointment; and

(4) Defendant County, its agents and employees, be directed to leave a notice in a prominent place for any property taken on the belief that it is abandoned, including advising where the property is being kept and when it may be claimed by the rightful owner.

WHEREAS, the Court issued a Temporary Restraining Order on February 24, 2017 and scheduled a hearing on an Order to Show Cause re Preliminary Injunction for March 6, 2017;

WHEREAS, the parties hereby STIPULATE that a Preliminary Injunction shall issue based upon the following terms:

1. INJUNCTION AREA: The preliminary Injunction shall be limited to the following area which is defined by two locations and shall hereafter be referred to as "Injunction Area": The area of the Santa Ana Riverbed located from a point: 900 feet north of the railroad tracks north of



OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

Katella and to a point 750 feet South of Chapman before the 5 Freeway. A map specifying the injunction Area is attached and marked.

2. NOTICE:

a. Prior to any personal property items being impounded by the County, a minimum of 24-hours notice shall be posted. The pre-deprivation notice shall include the date and time by which property must be moved. No personal property items shall be impounded by the County within one hour before the end of the posted business hours on the Notice absent exigent circumstances;

b. When personal property is impounded, a post-deprivation notice shall be left at the location where the property was impounded detailing retrieval procedures; and

c. When personal property is impounded, the County shall keep track of the area where the property was taken, a general description of the property, and the date it was impounded to maintain it in an organized fashion and allow for easier retrieval of property.

3. STORAGE: The County agrees to store any impounded property from the Injunction Area for 90 days in accordance with California Civil Code Section 2080 and the County also agrees to store as follows:

a. Storage location No. 1: The County will keep one storage location on the west bank of the Injunction area which is located: North of Orangewood and South of the 57 Freeway, near the Big "A" or Angels Stadium. All items impounded on the west bank will be stored at this location;

b. Storage location No. 2: In the event the County begins impounding property along the East Side of the Injunction Area, the County will provide a second Storage location identified as storage location No. 2 located on the east bank in proximity to the railroad tracks north of Katella; and,

c. Storage location No. 3: The County shall continue to store personal property impounded from the East Bank south of Katella in the existing storage area for the ongoing maintenance and security project in the area)

//



OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

4. RETRIEVAL OF IMPOUNDED PROPERTY: Persons seeking to retrieve property which has been impounded by the County in the Injunction Area shall follow the following procedures:

a. Call the number listed on the Notice provided and posted on the storage facilities or flag down any County worker in the Injunction Area and ask to be allowed to retrieve an impounded item(s).

b. The County shall allow a person seeking to retrieve their personal property access to the storage area within one hour of receiving said request and within posted business hours.

c. While this preliminary injunction is in place, the County shall keep a record of the number of impoundments and the number of individuals who retrieve their property from the Injunction Area.

5. TRASH:

a. TRASH/REFUSE BUFFER ZONE: The parties agree that a buffer zone shall be designated to allow the preservation of property and also to allow the County to remove items which are trash. The buffer zone shall be defined as follows: Items which are placed less than Five feet from the edge of the public recreation trails/access road but not within Eight feet of a tent, tarp, or obvious sleeping area. Items in the buffer zone are subject to removal by County staff and may be treated as trash without the notice and storage rules.

b. TRASH BAGS: The County agrees to provide large Orange trash bags to the people living in the Injunction Area within seven days to allow for clear identification of those items which are considered trash by the inhabitants. All parties agree that items placed in these bags shall be designated as trash and may be disposed of by the County without any notice or storage needed.

c. DESIGNATED TRASH AREAS: The County reserves the right to set up additional designated trash areas.

//

//



OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

6. EXTENSION TO FILE RESPONSIVE PLEADING: The parties agree that the County shall not be required to file a responsive pleading until April 6, 2017.

DATED: March 7, 2017

Respectfully submitted,

LEON J. PAGE, COUNTY COUNSEL
JACK W. GOLDEN, Senior Assistant
MARIANNE VAN RIPER, Senior Assistant
LAURA D. KNAPP, Supervising Deputy

By Marianne Van Riper
MARIANNE VAN RIPER,
Senior Assistant County Counsel
Attorneys for Defendant County of Orange

DATED: March 7, 2017

ELDER LAW AND DISABILITY RIGHTS CENTER

LAW OFFICES OF CAROL SOBEL

SCHONBRUN SEPLOW HARRIS & HOFFMAN

By Brooke Weitzman
BROOKE WEITZMAN
Attorney for Plaintiffs

**IT IS SO ORDERED**

DATED: March 7, 2017

David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE



OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE