```
LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, Sr. Assistant (CA SBN 136688)
marianne.vanriper@coco.ocgov.com
LAURA D. KNAPP Sup. Deputy (CA SBN 162800)
laura.knapp@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California 92701
Telephone: (714) 834-6020
Facsimile: (714) 834-2359
```

Attorneys for Defendants, County of Orange

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| TAMMY SCHULER, GLORIA SHOEMAKE, MELANIE PAYNE, SARA LEANNE WEAVER, NICK MASTRISCIANO, as individuals, FOR HIM MINISTRIES, an unincorporated association;<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ORANGE COUNTY<br><br>　　　　　Defendants. | Case No. 8:17-cv-00259 DOC (KESx)<br><br>**STIPULATION REGARDING FURTHER EXTENSION OF TIME FOR COUNTY TO FILE RESPONSIVE PLEADING** |

Defendants, County of Orange ("County") and Plaintiffs Tammy Schuler, Gloria Shoemake, Melanie Payne, Sara Leanne Weaver, Nick Mastrisciano and For Him Ministries ("Plaintiffs"), through their respective counsel of record, hereby enter the following Stipulation.

WHEREAS, on February 13, 2017, Plaintiffs filed a Complaint, *Schuler, et al. v. County of Orange, et al.*, United States District Court Case No. 8:17-cv-00259 DOC (KESx) against the County alleging claims for relief for Violation of the Fourth Amendment (right to be secure from unreasonable seizures), Violation of Due Process of Law, Violation of Civil Rights, Violation of the American With Disabilities Act, Violation of Section 504 of the Rehabilitation Act of 1973 (disability discrimination under a program or activity

1  receiving federal financial assistance), Violation of California Government Codes section
2  11135 (disability discrimination under program or activity that is funded by or receives
3  financial assistance from the state), Violation of the Unruh Civil Rights Act (disability
4  discrimination by a business establishment), Violation of California Civil Code section
5  2080 *et seq.* (failure to preserve and protect personal property) and Injunctive relief;

6      WHEREAS, on March 7, 2017, the Court issued an Stipulated Order Re Preliminary
7  Injunction;

8      WHEREAS, counsel had previously stipulated to two extensions of time until April
9  6, 2017 and then until April 21, 2017 for the County to file a responsive pleading to the
10 Petition with the idea that the parties may reach a global settlement of all of the issues in
11 this litigation; and

12     WHEREAS, the parties are continuing to discuss settlement and counsel believes that
13 a further three week continuance of the response time will allow the parties more time to
14 discuss settlement and would potentially decrease the attorney time and fees incurred;

15     NOW THEREFORE, the parties hereby stipulate that the County shall not be
16 required to file a responsive pleading until May 12, 2017.

17 DATED: April 18, 2017                 Respectfully submitted,

LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, Senior Assistant
LAURA D. KNAPP, Supervising Deputy

By *Marianne Van Riper*
MARIANNE VAN RIPER,
Senior Assistant County Counsel
Attorneys for Defendant County of Orange

23 DATED: April 18, 2017                 ELDER LAW AND DISABILITY RIGHTS
CENTER

LAW OFFICES OF CAROL SOBEL

SCHONBRUN SEPLOW HARRIS & HOFFMAN

By *Brooke Weitzman*
BROOKE WEITZMAN
Attorney for Plaintiffs.

-2-

# CERTIFICATE OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92702-1379, and my email address is patti.owens@coco.ocgov.com. I am not a party to the within action.

I hereby certify that I caused the foregoing **STIPULATION REGARDING FURTHER EXTENSION OF TIME FOR COUNTY TO FILE RESPONSIVE PLEADING** to be served on April 19, 2017, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

Attorneys for Plaintiffs, Tammy Schuler, Gloria Shoemake, Melanie Payne, Sara Leanne Weaver, and Nick Matrisciano:

    Carol A Sobel (Email: carolsobel@aol.com)
    Fred Roger Zelaya (Email: fzela001@gmail.com)
    Monique Amanda Alarcon (Email: monique.alarcon8@gmail.com)
    Law Offices of Carol A Sobel
    3110 Main Street Suite 210
    Santa Monica, CA 90405
    310-393-3055
    Fax: 310-451-3858

    Brooke Alyson Weitzman (Email: bweitzman@eldrcenter.org)
    William R Wise, Jr. (Email: bwise@eldrcenter.org)
    Elder Law and Disability Rights Center
    2372 Morse Avenue Suite 471
    Irvine, CA 92614
    949-407-9057

    Catherine Elizabeth Sweetser (Email: catherine.sdshhh@gmail.com)
    Paul L Hoffman (Email: hoffpaul@aol.com)
    Schonbrun Seplow Harris and Hoffman LLP
    723 Ocean Front Walk
    Venice, CA 90291
    310-396-0731
    Fax: 310-399-7040

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 19th day of April, 2017.

                /s/
          Patricia A. Owens

CERTIFICATE OF SERVICE