LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, Sr. Assistant (CA SBN 136688)
marianne.vanriper@coco.ocgov.com
LAURA D. KNAPP Sup. Deputy (CA SBN 162800)
Laura.knapp@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California  92701
Telephone:  (714) 834-6020
Facsimile:  (714) 834-2359

Attorneys for Defendants, County of Orange

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| TAMMY SCHULER, GLORIA SHOEMAKE, MELANIE PAYNE, SARA LEANNE WEAVER, NICK MASTRISCIANO, as individuals, FOR HIM MINISTRIES, an unincorporated association;<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ORANGE COUNTY<br><br>　　　　　　Defendants. | Case No. 8:17-cv-00259 DOC (KESx)<br><br>**[PROPOSED] ORDER REGARDING FURTHER EXTENSION OF TIME FOR COUNTY TO FILE RESPONSIVE PLEADING** |

GOOD CAUSE APPEARING THEREFORE and in Accordance with the Parties' Stipulation, IT IS HEREBY ORDERED THAT:

The County of Orange's due date to file a responsive pleading is continued until May 12, 2017.

DATED:_____, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92702-1379, and my email address is patti.owens@coco.ocgov.com. I am not a party to the within action.

I hereby certify that I caused the foregoing **[PROPOSED] ORDER REGARDING FURTHER EXTENSION OF TIME FOR COUNTY TO FILE RESPONSIVE PLEADING** to be served on April 19, 2017, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

Attorneys for Plaintiffs, Tammy Schuler, Gloria Shoemake, Melanie Payne, Sara Leanne Weaver, and Nick Matrisciano:

Carol A Sobel (Email: carolsobel@aol.com)
Fred Roger Zelaya (Email: fzela001@gmail.com)
Monique Amanda Alarcon (Email: monique.alarcon8@gmail.com)
Law Offices of Carol A Sobel
3110 Main Street Suite 210
Santa Monica, CA 90405
310-393-3055
Fax: 310-451-3858

Brooke Alyson Weitzman (Email: bweitzman@eldrcenter.org)
William R Wise, Jr. (Email: bwise@eldrcenter.org)
Elder Law and Disability Rights Center
2372 Morse Avenue Suite 471
Irvine, CA 92614
949-407-9057

Catherine Elizabeth Sweetser (Email: catherine.sdshhh@gmail.com)
Paul L Hoffman (Email: hoffpaul@aol.com)
Schonbrun Seplow Harris and Hoffman LLP
723 Ocean Front Walk
Venice, CA 90291
310-396-0731
Fax: 310-399-7040

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 19th day of April, 2017.

/s/
_____
Patricia A. Owens

CERTIFICATE OF SERVICE