LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, Sr. Assistant (CA SBN 136688)
marianne.vanriper@coco.ocgov.com
LAURA D. KNAPP Sup. Deputy (CA SBN 162800)
Laura.knapp@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California 92701
Telephone: (714) 834-6020
Facsimile: (714) 834-2359

Attorneys for Defendants, County of Orange

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

TAMMY SCHULER, GLORIA SHOEMAKE, MELANIE PAYNE, SARA LEANNE WEAVER, NICK MASTRISCIANO, as individuals, FOR HIM MINISTRIES, an unincorporated association;

    Plaintiff,

v.

ORANGE COUNTY

    Defendants.

Case No. 8:17-cv-00259 DOC (KESx)

**ORDER REGARDING FURTHER EXTENSION OF TIME FOR COUNTY TO FILE RESPONSIVE PLEADING [42]**

GOOD CAUSE APPEARING THEREFORE and in Accordance with the Parties' Stipulation, IT IS HEREBY ORDERED THAT:

The County of Orange's due date to file a responsive pleading is continued until June 12, 2017.

DATED:_ May 11, 2017

_____
DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE

-1-