1  LEON J. PAGE, COUNTY COUNSEL
   MARIANNE VAN RIPER, Sr. Assistant (CA SBN 136688)
2  marianne.vanriper@coco.ocgov.com
   LAURAK D. KNAPP, Supervising. Deputy (CA SBN 162800)
3  Laura.knapp@coco.ocgov.com
   333 West Santa Ana Boulevard, Suite 407
4  Santa Ana, California 92701
   Telephone: (714) 834-6020
5  Facsimile: (714) 834-2359

6  Attorneys for Defendants, County of Orange,

7  BROOKEWEITZMAN SBN 301037
8  WILLIAM WISE SBN 109468
   ELDER LAW AND DISABILITY RIGHTS CENTER
9  2372 Morse Ave, Suite 471
10 Irvine, California 92614
   t. 949-407-9057
11 e. bweitzman@eldrcenter.org
12 e. bwise@eldrcenter.org

13 [Additional Counsel on Next Page]
14 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| TAMMY SCHULER, GLORIA SHOEMAKE, MELANIE PAYNE, SARA LEANNE WEAVER, NICK MASTRISCIANO, as individuals, FOR HIM MINISTRIES, an unincorporated association;<br><br>Plaintiffs,<br><br>v.<br><br>ORANGE COUNTY<br><br>Defendant. | Case No. 8:17-cv-00259 DOC (KESx)<br><br>**PARTIES' NOTICE OF SETTLEMENT OF ACTION** |

1  CAROL A. SOBEL SBN 84483
   MONIQUE ALARCON SBN 311650
2  FRED ZELAYA SBN 305848
3  LAW OFFICE OF CAROL A. SOBEL
   3110 Main Street, Suite 210
4  Santa Monica, California 90405
5  t. 310-393-3055
   e. carolsobellaw@gmail.com
6  e. monique.alarcon8@gmail.com
7  e. fred.zelaya3@gmail.com

8  PAUL L. HOFFMAN SBN 71244
9  CATHERINE SWEETSER SBN 271142
   SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
10 723 OCEAN FRONT WALK
11 Venice, California 90291
   t. 310-396-0731
12 e. hoffpaul@aol.com
13 e. catherine.sweetser@sdshhh.com

Based on the Settlement Agreement of the parties entered into by the parties on June 6, 2017, it is requested that the Court Order the following:

First, that the Court dismisses this action, *Tammy Schuler, et al. v. Orange County*, Case No. 8:17-cv-000259 DOC (KESx), with prejudice as called for by the Settlement Agreement.

Second, that the Court retains jurisdiction over this settlement for the sole purpose of enforcing the terms of the Settlement Agreement for two years from June 6, 2017, the date of the Settlement Agreement. Should Plaintiffs believe that the Agreement terms should be enforced for a longer period of time, the Plaintiffs have the right to file a motion with the Court, with proper notice to the County to seek a continuation of the Agreement.

DATED: June 8, 2017

Respectfully submitted,

LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, Senior Assistant
LAURA D. KNAPP, Supervising Deputy

By *Marianne Van Riper*
MARIANNE VAN RIPER,
Senior Assistant County Counsel
Attorneys for Defendant County of Orange

DATED: June 6, 2017

ELDER LAW AND DISABILITY RIGHTS CENTER

LAW OFFICES OF CAROL SOBEL

SCHONBRUN SEPLOW HARRIS & HOFFMAN

By *Brooke Weitzman*
BROOKE WEITZMAN
Attorney for Plaintiffs.

-3-

## CERTIFICATE OF SERVICE

     I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92702-1379, and my email address is patti.owens@coco.ocgov.com.  I am not a party to the within action.

     I hereby certify that I caused the foregoing **PARTIES' NOTICE OF SETTLEMENT OF ACTION** to be served on June 8, 2017, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

Attorneys for Plaintiffs, Tammy Schuler, Gloria Shoemake, Melanie Payne, Sara Leanne Weaver, and Nick Matrisciano:

     Carol A Sobel (Email: carolsobel@aol.com)
     Fred Roger Zelaya (Email: fzela001@gmail.com)
     Monique Amanda Alarcon (Email: monique.alarcon8@gmail.com)
     Law Offices of Carol A Sobel
     3110 Main Street Suite 210
     Santa Monica, CA 90405
     310-393-3055
     Fax: 310-451-3858

     Brooke Alyson Weitzman (Email: bweitzman@eldrcenter.org)
     William R Wise, Jr. (Email: bwise@eldrcenter.org)
     Elder Law and Disability Rights Center
     2372 Morse Avenue Suite 471
     Irvine, CA 92614
     949-407-9057

     Catherine Elizabeth Sweetser (Email: catherine.sdshhh@gmail.com)
     Paul L Hoffman (Email: hoffpaul@aol.com)
     Schonbrun Seplow Harris and Hoffman LLP
     723 Ocean Front Walk
     Venice, CA 90291
     310-396-0731
     Fax: 310-399-7040

     I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

     Executed in Santa Ana, California this 8th day of June, 2017.

                                          /s/
                                 Patricia A. Owens

CERTIFICATE OF SERVICE