LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, Sr. Assistant (CA SBN 136688)
marianne.vanriper@coco.ocgov.com
LAURAK D. KNAPP, Supervising. Deputy (CA SBN 162800)
Laura.knapp@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California 92701
Telephone: (714) 834-6020
Facsimile: (714) 834-2359

Attorneys for Defendants, County of Orange,

BROOKE WEITZMAN SBN 301037
WILLIAM WISE SBN 109468
ELDER LAW AND DISABILITY RIGHTS CENTER
2372 Morse Ave, Suite 471
Irvine, California 92614
t. 949-407-9057
e. bweitzman@eldrcenter.org
e. bwise@eldrcenter.org

[Additional Counsel on Next Page]
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| TAMMY SCHULER, GLORIA SHOEMAKE, MELANIE PAYNE, SARA LEANNE WEAVER, NICK MASTRISCIANO, as individuals, FOR HIM MINISTRIES, an unincorporated association;<br><br>       Plaintiffs,<br><br>  v.<br><br>ORANGE COUNTY<br><br>       Defendant. | Case No. 8:17-cv-00259 DOC (KESx)<br><br>**[PROPOSED] ORDER RE DISMISSAL AND RETENTION OF JURISDICTION PURSUANT TO SETTLEMENT AGREEMENT** |

Based on the Settlement Agreement of the parties, IT IS ORDERED:

1. This action, *Tammy Schuler, et al. v. Orange County*, Case No. 8:17-cv-000259 DOC (KESx), is dismissed with prejudice as called for by the Settlement Agreement.

2. The court will retain jurisdiction over this settlement for the sole purpose of enforcing the terms of the Settlement Agreement for two years from June 6, 2017, the date of the Settlement Agreement. Should Plaintiffs believe that the Agreement terms should be enforced for a longer period of time the Plaintiffs have the right to file a motion with the Court, with proper notice to the County to seek a continuation of the Agreement.

IT IS SO ORDERED.

DATED: _____, 2017  _____
The Honorable David O. Carter
United States District Court Judge

```
 1  CAROL A. SOBEL SBN 84483
    MONIQUE ALARCON SBN 311650
 2  FRED ZELAYA SBN 305848
 3  LAW OFFICE OF CAROL A. SOBEL
    3110 Main Street, Suite 210
 4  Santa Monica, California 90405
 5  t. 310-393-3055
    e. carolsobellaw@gmail.com
 6  e. monique.alarcon8@gmail.com
 7  e. fred.zelaya3@gmail.com

 8
    PAUL L. HOFFMAN SBN 71244
 9  CATHERINE SWEETSER SBN 271142
    SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
10  723 OCEAN FRONT WALK
11  Venice, California 90291
    t. 310-396-0731
12  e. hoffpaul@aol.com
13  e. catherine.sweetser@sdshhh.com
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

# CERTIFICATE OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92702-1379, and my email address is patti.owens@coco.ocgov.com. I am not a party to the within action.

I hereby certify that I caused the foregoing **[PROPOSED] ORDER RE DISMISSAL AND RETENTION OF JURISDICTION PURSUANT TO SETTLEMENT AGREEMENT** to be served on June __ 2017, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

Attorneys for Plaintiffs, Tammy Schuler, Gloria Shoemake, Melanie Payne, Sara Leanne Weaver, Nick Matrisciano and For Him Ministries:

Carol A Sobel (Email: carolsobel@aol.com)
Fred Roger Zelaya (Email: fzela001@gmail.com)
Monique Amanda Alarcon (Email: monique.alarcon8@gmail.com)
Law Offices of Carol A Sobel
3110 Main Street Suite 210
Santa Monica, CA 90405
310-393-3055
Fax: 310-451-3858

Brooke Alyson Weitzman (Email: bweitzman@eldrcenter.org)
William R Wise, Jr. (Email: bwise@eldrcenter.org)
Elder Law and Disability Rights Center
2372 Morse Avenue Suite 471
Irvine, CA 92614
949-407-9057

Catherine Elizabeth Sweetser (Email: catherine.sdshhh@gmail.com)
Paul L Hoffman (Email: hoffpaul@aol.com)
Schonbrun Seplow Harris and Hoffman LLP
723 Ocean Front Walk
Venice, CA 90291
310-396-0731
Fax: 310-399-7040

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 8th day of June, 2017.

_____/s/_____
Patricia A. Owens

CERTIFICATE OF SERVICE