LEON J. PAGE, COUNTY COUNSEL
MARIANNE VAN RIPER, Sr. Assistant (CA SBN 136688)
marianne.vanriper@coco.ocgov.com
LAURAK D. KNAPP, Supervising. Deputy (CA SBN 162800)
Laura.knapp@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, California  92701
Telephone:  (714) 834-6020
Facsimile:  (714) 834-2359

Attorneys for Defendants, County of Orange,

BROOKEWEITZMAN SBN 301037
WILLIAM WISE SBN 109468
ELDER LAW AND DISABILITY RIGHTS CENTER
2372 Morse Ave, Suite 471
Irvine, California 92614
t. 949-407–9057
e. bweitzman@eldrcenter.org
e. bwise@eldrcenter.org

[Additional Counsel on Next Page]
Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| TAMMY SCHULER, GLORIA SHOEMAKE, MELANIE PAYNE, SARA LEANNE WEAVER, NICK MASTRISCIANO, as individuals, FOR HIM MINISTRIES, an unincorporated association;<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ORANGE COUNTY<br><br>　　　　　Defendant. | Case No. 8:17-cv-00259 DOC (KESx)<br><br>**ORDER RE DISMISSAL AND RETENTION OF JURISDICTION PURSUANT TO SETTLEMENT AGREEMENT [44]** |

1  CAROL A. SOBEL SBN 84483
   MONIQUE ALARCON SBN 311650
2  FRED ZELAYA SBN 305848
3  LAWOFFICE OF CAROL A. SOBEL
   3110Main Street, Suite 210
4  Santa Monica, California 90405
5  t. 310-393-3055
   e. carolsobellaw@gmail.com
6  e. monique.alarcon8@gmail.com
7  e. fred.zelaya3@gmail.com

8
   PAUL L. HOFFMAN SBN 71244
9  CATHERINE SWEETSER SBN 271142
   SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
10 723 OCEAN FRONT WALK
11 Venice, California 90291
   t. 310-396-0731
12 e. hoffpaul@aol.com
13 e. catherine.sweetser@sdshhh.com

Based on the Settlement Agreement of the parties, IT IS ORDERED:

1. This action, *Tammy Schuler, et al. v. Orange County*, Case No. 8:17-cv-000259 DOC (KESx), is dismissed with prejudice as called for by the Settlement Agreement.

2. The court will retain jurisdiction over this settlement for the sole purpose of enforcing the terms of the Settlement Agreement for two years from June 6, 2017, the date of the Settlement Agreement. Should Plaintiffs believe that the Agreement terms should be enforced for a longer period of time the Plaintiffs have the right to file a motion with the Court, with proper notice to the County to seek a continuation of the Agreement.

IT IS SO ORDERED.

DATED: June 9, 2017

\_\_*David O. Carter*_____
The Honorable David O. Carter
United States District Court Judge